ALMAZAN | FINNEMAN
Trevor J. Finneman – State Bar No. 275131
trevor.finneman@alfilaw.com
Pablo A. Almazan – State Bar No. 274013
pablo.almazan@alfilaw.com
445 South Figueroa Street, Suite 3100
Los Angeles, California 90071
Telephone: (310) 280-6767
Facsimile: (424) 279-9945

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSARIO MACIEL AVITIA;<br>GREATER LOS ANGELES AGENCY<br>ON DEAFNESS, INC.,<br><br>                    Plaintiff,<br>v.<br><br>UNITED STATES IMMIGRATION<br>AND CUSTOMS ENFORCEMENT;<br>CITY OF SANTA ANA; and DOES 1-10<br>inclusive,<br><br>                    Defendants. | CASE NO.: 2:16-cv-04818-R-SK<br><br>**NOTICE OF TENTATIVE**<br>**SETTLEMENT PURSUANT TO**<br>**LOCAL RULE 16-15.7**<br><br>*[Proposed] Order filed concurrently*<br>*herewith* |

Almazan | Finneman
445 South Figueroa Street, 31st Floor
Los Angeles, California 90071

1    TO THE HONORABLE COURT:

2    PLEASE TAKE NOTICE that, pursuant to Local Rule 16-15.7, Plaintiffs

3  GREATER LOS ANGELES AGENCY ON DEAFNESS, INC. and ROSARIO

4  MACIEL AVITIA have reached a tentative settlement in the instant action with

5  Defendants UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT

6  and CITY OF SANTA ANA.  Defendants must seek final approval of the tentative

7  settlement terms from their governing bodies (e.g., the City of Santa Ana City

8  Council).  Plaintiffs will file a stipulation of dismissal as soon as the settlement

9  agreement has been fully executed and its terms completed.  Plaintiffs anticipate that

10  this process will take approximately ninety (90) days.

11    Accordingly, Plaintiffs respectfully request that the Court vacate all pending

12  dates and that they be provided at least ninety (90) days within which to file a joint

13  stipulation of dismissal.

14

15  Dated:   February 20, 2017          ALMAZAN | FINNEMAN

16                                             /s/ Trevor Finneman

17                                             Trevor J. Finneman
                                              Attorneys for Plaintiffs

18

19

20

21

22

23

24

25

26

27

28