ALMAZAN | FINNEMAN
Trevor J. Finneman – State Bar No. 275131
trevor.finneman@alfilaw.com
Pablo A. Almazan – State Bar No. 274013
pablo.almazan@alfilaw.com
445 South Figueroa Street, Suite 3100
Los Angeles, California 90071
Telephone: (310) 280-6767
Facsimile: (424) 279-9945

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO MACIEL AVITIA; GREATER LOS ANGELES AGENCY ON DEAFNESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; CITY OF SANTA ANA; and DOES 1-10 inclusive, <br><br> Defendants. | CASE NO.: 2:16-cv-04818-R-SK <br><br> **JOINT STIPULATION OF THE PARTIES TO VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs GREATER LOS ANGELES AGENCY ON DEAFNESS, INC. and ROSARIO MACIEL AVITIA and Defendants UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT and CITY OF SANTA ANA (collectively "Parties") hereby stipulate to the dismissal of the above-referenced action with prejudice in its entirety, with each of the Parties to bear her or its own attorneys' fees and costs.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), all signatories listed, and whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: May 19, 2017          ALMAZAN | FINNEMAN

                              By:   /s/ Trevor Finneman
                              Trevor Finneman
                              Attorneys for Plaintiffs
                              GREATER LOS ANGELES AGENCY
                              ON DEAFNESS, INC. and ROSARIO
                              MACIEL AVITIA

DATED: May 19, 2017          UNITED STATES DEPARTMENT OF JUSTICE

                              By:   /s/ Daniel Bensing
                              Daniel Bensing
                              Attorneys for Defendant
                              UNITED STATES IMMIGRATION
                              AND CUSTOMS ENFORCEMENT

Almazan | Finneman
445 South Figueroa Street, Suite 3100
Los Angeles, California 90071

| | |
|---|---|
| DATED:  May 19, 2017 | SONIA R. CARVALHO, City Attorney<br>City of Santa Ana<br><br>BY:  /s/ Tamara Bogosian<br>Tamara Bogosian<br>Attorneys for Defendant<br>CITY OF SANTA ANA |

Almazan | Finneman
445 South Figueroa Street, Suite 3100
Los Angeles, California 90071